No. 84–1719. FELDMAN v. JACKSON MEMORIAL HOSPITAL ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1727. JOHNSON v. EDUCATIONAL TESTING SERVICE. C. A. 1st Cir. Certiorari denied.

No. 84–1732. FREIGHT CHECKERS, CLERICAL EMPLOYEES & HELPERS, LOCAL 856 v. ALDERSON. C. A. 9th Cir. Certiorari denied.

No. 84–1752. SIXTA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–1769. MAYFIELD v. AUBURN UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1790. TERRELL, AKA FORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–1797. JONES ET AL. v. REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1806. LAMPITT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–1811. AFFLERBACH ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–1813. SHELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1825. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1837. KELLY ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1843. HILJER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HILJER v. WALTERS, ADMINISTRATOR OF VETERANS AFFAIRS. C. A. 11th Cir. Certiorari denied.